■ OTIS SANDERS, Appellant, v. HELEN ROBINSON, Respondent.— Judgment unanimously reversed on the laws and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: There were factual issues which should have been submitted to the jury. Plaintiff established a prima facie case and it was error to dismiss at the close of plaintiff's case. (Appeal from judgment of Oneida Trial Term dismissing the complaint in an automobile negligence action.) Present—Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.

■ IOLA SANDERS, Appellant, v. HELEN ROBINSON, Respondent.— Same decision and like cause of action as in companion case of *Sanders* v. *Robinson* (25 A D 2d 717), decided herewith.

■ WILLIAM WADSWORTH, Respondent, v. VINCENT J. RYBERT et al., Appellants.— Motion granted and appeal dismissed unless records and briefs are filed and served on or before April 15, 1966. (See *Caira* v. *McKenna*, 23 A D 2d 325.)

■ ALFRED WITZ, Respondent, v. CADILLAC HOTEL, INC., et al., Appellants. — Motion to add case to March 1966 Term Calendar denied. Memorandum: In plaintiff-respondent's papers, on this motion to add to the calendar of the term commencing March 28, 1966, there is no reason given for the failure to comply with the time schedule set up by this court as preliminary to placement on the calendar. There is nothing to indicate the date of the judgment appealed from, in fact there is very little in the moving papers except the expressed desire of the plaintiff-respondent to argue the case, plus a stipulation of the defendant-appellant that the case may be added. The parties may not stipulate away the effect of our rules, which are reasonable and give adequate protection to anyone who wants to proceed diligently to have his appeal argued. Much more should be shown than a mere desire to argue at a certain term.

■ In the Matter of FRANCES T. DOWNING et al., Petitioners, v. CHARLES N. HOWARD et al., Constituting the Board of Zoning Appeals of the City of Syracuse, et al., Respondents.— Motion to add case to March 1966 Term Calendar denied. (See *Witz* v. *Cadillac Hotel*, 25 A D 2d 717, decided herewith.)

■ ADDIE CARTER, Appellant, v. ANDREW W. HOBSON et al., Respondents. (And Another Action.) — Motion to add case to March 1966 Term Calendar denied. (See *Witz* v. *Cadillac Hotel*, 25 A D 2d 717, decided herewith).